UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-MJ-06242

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERTO JAIRO JURADO-VELEZ,

    Defendant.
_____//

### NOTICE OF WITHDRAWAL OF TEMPORARY APPEARANCE

COMES NOW, Sharon L. Kegerreis, Esq., and files this Notice of Withdrawal of Temporary Appearance as counsel for the above-named defendant. Mr. Jurado-Velez was unable to make the financial arrangements to retain the undersigned. We respectfully withdraw as temporary counsel for Defendant Roberto Jairo Jurado-Velez.

Respectfully submitted,

**BIERMAN, SHOHAT, LOEWY & KEGERREIS**
Attorneys for Defendant
800 Brickell Avenue
Penthouse Two
Miami, FL  33131-2911
Telephone: 305-358-7000
Facsimile:  305-358-4010
E-mail: skegerreis@bslcrimlaw.com

    /s/ Sharon L. Kegerreis
By:_____
**SHARON L. KEGERREIS, ESQ. #0852732**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on <u>July 15, 2008,</u> I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Jeffrey A. Neiman
Assistant U.S. Attorney
U.S. Attorney's Office
500 E. Broward Blvd.
7th Floor
Ft. Lauderdale, Florida 33301
jeffrey.a.neiman@usdoj.gov

/s/ Sharon L. Kegerreis
_____
**SHARON L. KEGERREIS, ESQ.**